FILED

JUL 0 6 2017

Clerk, U.S. District Court
District Of Montana
Missoula

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CODY WILLIAM MARBLE, | CV 13-00186-M-DWM-JCL |
| Plaintiff, | |
| vs. | ORDER |
| JARED POOLE and HEATHER SMITH, | |
| Defendants. | |

This Court's decision denying Defendant Smith's motion for summary judgment having been reversed and remanded by the Ninth Circuit Court of Appeals (Doc. 54) and the mandate having been issued (Doc. 55),

IT IS ORDERED that Defendant Smith's Motion for Summary Judgment (Doc. 23) is GRANTED and this action is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to close the case and enter judgment in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 6th day of July, 2017.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT